**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 7, 2012.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-12-00251-CV

---

**FOXLEY ARCHITECTURE, INC., Appellant**

**V.**

**HELENA FCP, L.L.C., HHT-FCP LIMITED 4 AND FCP MANAGEMENT COMPANY, L.L.C., Appellees**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2010-25749**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 9, 2011. On July 11, 2012, the parties filed a joint motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, McCally, and Busby.